(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jim Rich Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4196912** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**270 Main Street**<br>**Sugar Grove, IL**       ZIP Code **60554** | Street Address of Joint Debtor (No. & Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):       **270 Main Street**<br>**Sugar Grove, IL 60554** | |

**Type of Debtor** (Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ☑ Business

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                              FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jim Rich Enterprises, Inc.** |

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Nolrthern District of Illinois** | Case Number:<br>**04-25940** | Date Filed:<br>**7/13/04** |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**James E. Rich** | Case Number:<br>**05-24115** | Date Filed:<br>**6/16/05** |
| District:<br>**Northern District of Illinois** | Relationship:<br>**Affiliate** | Judge:<br>**Pamela Hollis** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |

| Exhibit C | Certification Concerning Debt Counseling by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                                                          FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Jim Rich Enterprises, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney

X **/s/ Michael J. Davis**
Signature of Attorney for Debtor(s)

**Michael J. Davis 6197896**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**December 23, 2005**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James E.Rich**
Signature of Authorized Individual

**James E.Rich**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 23, 2005**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jim Rich Enterprises, Inc.** _____ Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express**<br>P.O. 360002<br>**Ft. Lauderdale, FL 33336-0002** | **American Express**<br>P.O. 360002<br>**Ft. Lauderdale, FL 33336-0002** | **Revolving Credit** | | **29,437.35** |
| **American Express**<br>PO Box 360002<br>**Ft. Lauderdale, FL 33336-0002** | **American Express**<br>PO Box 360002<br>**Ft. Lauderdale, FL 33336-0002** | **Revolving Credit** | | **24,037.73** |
| **American Express**<br>PO Box 360002<br>**Ft. Lauderdale, FL 33336-0002** | **American Express**<br>PO Box 360002<br>**Ft. Lauderdale, FL 33336-0002** | **Revolving Credit** | | **17,604.68** |
| **Aramark**<br>PO Box 7177<br>**Rockford, IL 61126-7177** | **Aramark**<br>PO Box 7177<br>**Rockford, IL 61126-7177** | **Uniform Services** | | **7,740.00** |
| **Beacon News**<br>101 S. River St.<br>**Aurora, IL 60506** | **Beacon News**<br>101 S. River St.<br>**Aurora, IL 60506** | **Advertising in Suburban Chicago Newspapers** | | **15,563.50** |
| **Capital One**<br>PO Box 60000<br>**Seattle, WA 98190-6000** | **Capital One**<br>PO Box 60000<br>**Seattle, WA 98190-6000** | **Revolving Credit** | | **7,127.11** |
| **Chase Platinum**<br>PO Box 52064<br>**Phoenix, AZ 85072-2064** | **Chase Platinum**<br>PO Box 52064<br>**Phoenix, AZ 85072-2064** | **Revolving Credit** | | **15,972.57** |
| **Computer Accounting**<br>Larry Goldman<br>6306 N. Cicero Ave.<br>**Chicago, IL 60646** | **Computer Accounting**<br>Larry Goldman<br>6306 N. Cicero Ave.<br>**Chicago, IL 60646** | **Misc.** | | **3,500.00** |
| **Discover Card**<br>PO bxo 30395<br>**Salt Lake City, UT 84130-0395** | **Discover Card**<br>PO bxo 30395<br>**Salt Lake City, UT 84130-0395** | **Revolving Credit** | | **8,299.32** |
| **GEC Consultants, Inc.**<br>LLoyd M. Gordon<br>4606 Birchwood Ave.<br>**Skokie, IL 60076** | **GEC Consultants, Inc.**<br>LLoyd M. Gordon<br>4606 Birchwood Ave.<br>**Skokie, IL 60076** | | | **32,500.00** |
| **I-Dine Rewards Network**<br>2 North Riverside Plaza, Ste. 950<br>**Chicago, IL 60606** | **I-Dine Rewards Network**<br>2 North Riverside Plaza, Ste. 950<br>**Chicago, IL 60606** | | | **20,000.00** |

In re   **Jim Rich Enterprises, Inc.** _____   Case No. _____

                                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jerome A. Rich<br>7 S 771 Dugan Road<br>Sugar Grove, IL 60554 | Jerome A. Rich<br>7 S 771 Dugan Road<br>Sugar Grove, IL 60554 | Security interest purchased from Northern Trust, Hinsdale. All fixed assets of debtor. | | 2,085,033.73<br><br>(0.00 secured) |
| MBNA America<br>PO box 15137<br>Wilmington, DE 19886-5137 | MBNA America<br>PO box 15137<br>Wilmington, DE 19886-5137 | Revolving Credit | | 19,954.43 |
| MBNA America<br>PO Box 15137<br>Wilmington, DE 19886-5137 | MBNA America<br>PO Box 15137<br>Wilmington, DE 19886-5137 | Revolving Credit | | 9,616.14 |
| Northern Trust<br>4 N. Washington St.<br>Hinsdale, IL 60521 | Northern Trust<br>4 N. Washington St.<br>Hinsdale, IL 60521 | Misc. | | 18,000.00 |
| Sysco<br>250 Wieboldt Dr.<br>Des Plaines, IL 60016 | Sysco<br>250 Wieboldt Dr.<br>Des Plaines, IL 60016 | Food | | 12,271.42 |
| The Plitt Co.<br>Dept. 20-1108<br>PO Box 5940<br>Carol Stream, IL 60197-5940 | The Plitt Co.<br>Dept. 20-1108<br>PO Box 5940<br>Carol Stream, IL 60197-5940 | Food | | 9,637.36 |
| Tim Dwyer<br>240 West River Drive<br>Saint Charles, IL 60174 | Tim Dwyer<br>240 West River Drive<br>Saint Charles, IL 60174 | Lawyer | | 11,500.00 |
| US Food Service<br>1829 Solutions Center<br>Chicago, IL 60677-1008 | US Food Service<br>1829 Solutions Center<br>Chicago, IL 60677-1008 | Food | | 12,989.94 |
| VIP<br>890 Tollgate Rd.<br>Elgin, IL 60123 | VIP<br>890 Tollgate Rd.<br>Elgin, IL 60123 | Misc. | | 4,350.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 23, 2005** _____   Signature   **/s/ James E.Rich** _____

                                                                      **James E.Rich**
                                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form B6D
(10/05)

In re __Jim Rich Enterprises, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Security interest purchased from Northern Trust, Hinsdale. All fixed assets of debtor.** | | | | | |
| Jerome A. Rich 7 S 771 Dugan Road Sugar Grove, IL 60554 | - | | | | | | | |
| | | | Value $            0.00 | | | | 2,085,033.73 | 2,085,033.73 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,085,033.73 | |
| Total (Report on Summary of Schedules) | 2,085,033.73 | |

Form B6E
(10/05)

In re    **Jim Rich Enterprises, Inc.**                                                      Case No. _____

_____,
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Form B6F
(10/05)

In re  **Jim Rich Enterprises, Inc.**                                           Case No. _____
                                                          ,
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| Ahern Co. 855 Morris St. PO Box 1316 Fond Du Lac, WI 54936-1316 | | | | | | | 838.26 |
| Account No. F1001300 | | - | Misc. | | | | |
| Alarm Detection 1111 Church Road Aurora, IL 60505 | | | | | | | 300.00 |
| Account No. 3783-640256-84006 | X | - | Revolving Credit | | | | |
| American Express PO Box 360002 Ft. Lauderdale, FL 33336-0002 | | | | | | | 17,604.68 |
| Account No. 37327580524700 | X | - | Revolving Credit | | | | |
| American Express P.O. 360002 Ft. Lauderdale, FL 33336-0002 | | | | | | | 29,437.35 |

____13____  continuation sheets attached

Subtotal
(Total of this page)                                                                                           48,180.29

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   S/N:33434-051201    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jim Rich Enterprises, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3717-307769-91005** | | | | | Revolving Credit | | | | |
| **American Express** PO Box 360002 Ft. Lauderdale, FL 33336-0002 | X | - | | | | | | | 24,037.73 |
| Account No. **20031000** | | | | | Uniform Services | | | | |
| **Aramark** PO Box 7177 Rockford, IL 61126-7177 | | - | | | | | | | 7,740.00 |
| Account No. | | | | | | | | | |
| **Arrow Adjustment** | | - | | | | | | | 1,403.70 |
| Account No. | | | | | Advertising | | | | |
| **Aurora Convention Center** 44 S. Downer Place Aurora, IL 60506 | | - | | | | | | | 3,300.00 |
| Account No. | | | | | Advertising in Suburban Chicago Newspapers | | | | |
| **Beacon News** 101 S. River St. Aurora, IL 60506 | | - | | | | | | | 15,563.50 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **52,044.93**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jim Rich Enterprises, Inc.**                                    ,        Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Beverage Town** | | - | **Misc.** | | | | 461.07 |
| Account No. **403694235025029**<br><br>**Capital One**<br>**PO Box 60000**<br>**Seattle, WA 98190-6000** | X | - | **Revolving Credit** | | | | 7,127.11 |
| Account No. **554307694909607**<br><br>**Chase Platinum**<br>**PO Box 52064**<br>**Phoenix, AZ 85072-2064** | X | - | **Revolving Credit** | | | | 15,972.57 |
| Account No.<br><br>**Chicago Tribune**<br>**435 N. Michigan Ave.**<br>**Chicago, IL 60611** | | - | **Advertising** | | | | 460.00 |
| Account No.<br><br>**Clipper Magazine**<br>**3708 Hempland Rd.**<br>**Mountville, PA 17554** | | - | **Advertising** | | | | 1,200.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,220.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Jim Rich Enterprises, Inc.**                                    ,          Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0611522000** | | - | | Utility | | | | |
| **ComEd**<br>**2100 Swift Dr.**<br>**Oak Brook, IL 60523** | | | | | | | | **2,643.50** |
| Account No. | | - | | Misc. | | | | |
| **Computer Accounting**<br>**Larry Goldman**<br>**6306 N. Cicero Ave.**<br>**Chicago, IL 60646** | | | | | | | | **3,500.00** |
| Account No. | | - | | Misc. | | | | |
| **Consolidated Repair**<br>**1808 Beach Street**<br>**Broadview, IL 60155** | | | | | | | | **2,731.72** |
| Account No. **18157390750** | | - | | Misc. | | | | |
| **Dave Turner Electric**<br>**205 N. Hiawatha**<br>**Shabbona, IL 60550** | | | | | | | | **2,897.13** |
| Account No. **701276** | | - | | Utility | | | | |
| **Direct TV**<br>**PO box 3060**<br>**Agoura Hills, CA 91376-3060** | | | | | | | | **354.84** |
| Sheet no. **3** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | **12,127.19** |

Form B6F - Cont.
(10/05)

In re   **Jim Rich Enterprises, Inc.**                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **601100723071936** | | | | | Revolving Credit | | | | |
| **Discover Card** **PO bxo 30395** **Salt Lake City, UT 84130-0395** | X | - | | | | | | | **8,299.32** |
| Account No. **002986** | | | | | Misc. | | | | |
| **DMX** **2155 Stonington Ave., Ste. 112** **Schaumburg, IL 60195** | | - | | | | | | | **375.00** |
| Account No. | | | | | Attorney | | | | |
| **Donald Egan** **273 Stonegate Road** **Clarendon Hills, IL 60514** | | - | | | | | | | **825.00** |
| Account No. **1820950** | | | | | Misc. | | | | |
| **Ecolab** **1060 Thorndale Ave.** **Elk Grove Village, IL 60007** | | - | | | | | | | **727.52** |
| Account No. | | | | | Advertising | | | | |
| **Elburn Herald** **123 N. Main St.** **Elburn, IL 60119** | | - | | | | | | | **2,405.00** |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,631.84**

Form B6F - Cont.
(10/05)

In re    **Jim Rich Enterprises, Inc.**                                   ,    Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GEC Consultants, Inc.**<br>**LLoyd M. Gordon**<br>**4606 Birchwood Ave.**<br>**Skokie, IL 60076** | X | - | | | | | 32,500.00 |
| Account No.<br><br>**Get Fresh Produce**<br>**238 Tubeway Dr.**<br>**Carol Stream, IL 60188** | | - | Food | | | | 1,500.00 |
| Account No.<br><br>**Graham Sign**<br>**19W271 Lake St.**<br>**Addison, IL 60101** | | - | Misc. | | | | 1,340.00 |
| Account No.<br><br>**Great Lakes Service**<br>**4711 N. Lincoln Ave.**<br>**Chicago, IL 60625** | | - | Misc. | | | | 109.00 |
| Account No.<br><br>**Hatcher Foods**<br>**617 Spruce St.**<br>**Aurora, IL 60506** | | - | Food | | | | 2,600.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    38,049.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jim Rich Enterprises, Inc.**                                      ,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Misc. | | | | |
| **Hinds Trucking** **PO Box 221** **Sugar Grove, IL 60554** | | - | | | | | 835.00 |
| Account No. **603532201327567** | | | Revolving Credit | | | | |
| **Home Depot** **PO Box 8075** **Layton, UT 84041** | X | - | | | | | 1,852.71 |
| Account No. **14693** | | | Advertising | | | | |
| **Home Pages** **PO Box 801** **Dekalb, IL 60115** | | - | | | | | 716.73 |
| Account No. | | | | | | | |
| **I-Dine Rewards Network** **2 North Riverside Plaza, Ste. 950** **Chicago, IL 60606** | | - | | | | | 20,000.00 |
| Account No. | | | Lawyer | | | | |
| **Irene Bahr** **1751 S. Naperville Rd., Ste. 309** **Wheaton, IL 60187-8196** | | - | | | | | 1,003.53 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,407.97

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jim Rich Enterprises, Inc.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Liquor | | | | |
| J&D Judge & Dolph, Ltd. PO Box 809180 Chicago, IL 60680-8042 | | | | | | | | | 1,857.25 |
| Account No. | | - | | | Misc. | | | | |
| L&C Hall | | | | | | | | | 786.67 |
| Account No. 549099284413706 | X | - | | | Revolving Credit | | | | |
| MBNA America PO Box 15137 Wilmington, DE 19886-5137 | | | | | | | | | 9,616.14 |
| Account No. 5329-0419-6350-7568 | X | - | | | Revolving Credit | | | | |
| MBNA America PO box 15137 Wilmington, DE 19886-5137 | | | | | | | | | 19,954.43 |
| Account No. 490300031124 | | - | | | | | | | |
| Merchant e-Solutions 920 N. Argonne Road, Ste. 200 Spokane, WA 99212 | | | | | | | | | 984.58 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            33,199.07

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jim Rich Enterprises, Inc.**                                                    , Case No. _____

                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **049993596599** | | | Revolving Credit | | | | |
| **Neiman Marcus** **PO box 729080** **Dallas, TX 75372-9080** | X - | | | | | | 1,160.18 |
| Account No. | | | Advertising | | | | |
| **Nextmedia** **1884 Plain Ave.** **Aurora, IL 60504** | - | | | | | | 1,537.00 |
| Account No. **79716** | | | Misc. | | | | |
| **Nicolet Water Co.** **PO Box 552** **Des Plaines, IL 60018-0552** | - | | | | | | 79.00 |
| Account No. | | | Misc. | | | | |
| **Northern Trust** **4 N. Washington St.** **Hinsdale, IL 60521** | - | | | | | | 18,000.00 |
| Account No. | | | Food | | | | |
| **Oberweis Dairy** **351 Ice Cream Dr.** **Sweet One** **North Aurora, IL 60542** | - | | | | | | 169.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,945.18

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jim Rich Enterprises, Inc.**                    ,       Case No. _____

                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**On The Mark Carslar** | - | | | | | | | **719.44** |
| Account No.<br><br>**Practical Env. Consultants**<br>**919 N. Plum Grove Rd., Ste. E**<br>**Schaumburg, IL 60173** | - | | | Misc. | | | | **2,500.00** |
| Account No. **054445644**<br><br>**Puritan**<br>**820 Sibley Memorial Hwy**<br>**Saint Paul, MN 55118** | - | | | Misc. | | | | **138.00** |
| Account No.<br><br>**SBC**<br>**Bill Payment Center**<br>**Chicago, IL 60663** | - | | | Phone book advertising | | | | **3,453.11** |
| Account No.<br><br>**Southern Wine & Spirits of IL**<br>**135 S. LaSalle, Dept. 2971**<br>**Chicago, IL 60674-2971** | - | | | Liquor | | | | **1,796.26** |

Sheet no. __**9**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,606.81**

Form B6F - Cont.
(10/05)

In re __Jim Rich Enterprises, Inc.__ ,                     Case No. _____
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Advertising | | | | |
| Suburban Nite Life PO Box 428 West Chicago, IL 60186-0428 | | - | | | | | | 721.89 |
| Account No. | | | | Food | | | | |
| Supreme Lobster 220 E. North Ave. Villa Park, IL 60181-1221 | | - | | | | | | 1,373.43 |
| Account No. | | | | Food | | | | |
| Sysco 250 Wieboldt Dr. Des Plaines, IL 60016 | | - | | | | | | 12,271.42 |
| Account No. 633769 | | | | Misc. | | | | |
| Terminx 655 W. Grand Ave., #150 Elmhurst, IL 60126 | | - | | | | | | 204.00 |
| Account No. | | | | Food | | | | |
| The Plitt Co. Dept. 20-1108 PO Box 5940 Carol Stream, IL 60197-5940 | | - | | | | | | 9,637.36 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      24,208.10

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re     **Jim Rich Enterprises, Inc.** _____ ,     Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Misc. | | | | |
| **Thyssenkrupp Elevator** **2305 Enterprise Dr.** **Westchester, IL 60154** | | - | | | | | 1,044.24 |
| Account No. | | | Lawyer | | | | |
| **Tim Dwyer** **240 West River Drive** **Saint Charles, IL 60174** | X | - | | | | | 11,500.00 |
| Account No. | | | | | | | |
| **Top Source** | | - | | | | | 400.00 |
| Account No. | | | Misc. | | | | |
| **Trico Mechanical** **1980 Rt. 30, Suite 11** **Sugar Grove, IL 60554** | | - | | | | | 1,792.05 |
| Account No. 3713088 | | | Food | | | | |
| **Turano Baking Co.** **6501 W. Roosevelt Rd.** **Berwyn, IL 60402** | | - | | | | | 1,768.11 |

Sheet no. __11__ of __13__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)            16,504.40

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Jim Rich Enterprises, Inc._____,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Union Liquors 2600 W. 35th St. Chicago, IL 60632 | - | | | | | | | | 2,000.00 |
| Account No. US Food Service 1829 Solutions Center Chicago, IL 60677-1008 | - | | | | Food | | | | 12,989.94 |
| Account No. Village of Sugar Grove 10 Municipal Dr. Sugar Grove, IL 60554 | - | | | | Utility - water bill | | | | 700.11 |
| Account No. VIP 890 Tollgate Rd. Elgin, IL 60123 | - | | | | Misc. | | | | 4,350.00 |
| Account No. Walter O'Brien 1900 Spring Road, Ste. 501 Oak Brook, IL 60523 | - | | | | Lawyer | | | | 620.80 |

Sheet no. __12__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   20,660.85

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jim Rich Enterprises, Inc.**                                          ,      Case No. _____

                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility | | | | |
| **Waste Management** **2421 West Peoria Ave., Ste. 210** **Phoenix, AZ 85029** | - | | | | | | **863.00** |
| Account No. | | | Misc. | | | | |
| **Water Specialties Group** **245 William St.** **Bensenville, IL 60106** | - | | | | | | **1,706.16** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **2,569.16** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **339,355.54** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Ahern Co.
855 Morris St.
PO Box 1316
Fond Du Lac, WI 54936-1316


Alarm Detection
1111 Church Road
Aurora, IL 60505


American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002


American Express
P.O. 360002
Ft. Lauderdale, FL 33336-0002


American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002


Aramark
PO Box 7177
Rockford, IL 61126-7177


Arrow Adjustment


Aurora Convention Center
44 S. Downer Place
Aurora, IL 60506


Beacon News
101 S. River St.
Aurora, IL 60506


Beverage Town


Capital One
PO Box 60000
Seattle, WA 98190-6000

Chase Platinum
PO Box 52064
Phoenix, AZ 85072-2064


Chicago Tribune
435 N. Michigan Ave.
Chicago, IL 60611


Clipper Magazine
3708 Hempland Rd.
Mountville, PA 17554


ComEd
2100 Swift Dr.
Oak Brook, IL 60523


Computer Accounting
Larry Goldman
6306 N. Cicero Ave.
Chicago, IL 60646


Consolidated Repair
1808 Beach Street
Broadview, IL 60155


Dave Turner Electric
205 N. Hiawatha
Shabbona, IL 60550


Direct TV
PO box 3060
Agoura Hills, CA 91376-3060


Discover Card
PO bxo 30395
Salt Lake City, UT 84130-0395


DMX
2155 Stonington Ave., Ste. 112
Schaumburg, IL 60195


Donald Egan
273 Stonegate Road
Clarendon Hills, IL 60514

Ecolab
1060 Thorndale Ave.
Elk Grove Village, IL 60007


Elburn Herald
123 N. Main St.
Elburn, IL 60119


GEC Consultants, Inc.
LLoyd M. Gordon
4606 Birchwood Ave.
Skokie, IL 60076


Get Fresh Produce
238 Tubeway Dr.
Carol Stream, IL 60188


Graham Sign
19W271 Lake St.
Addison, IL 60101


Great Lakes Service
4711 N. Lincoln Ave.
Chicago, IL 60625


Hatcher Foods
617 Spruce St.
Aurora, IL 60506


Hinds Trucking
PO Box 221
Sugar Grove, IL 60554


Home Depot
PO Box 8075
Layton, UT 84041


Home Pages
PO Box 801
Dekalb, IL 60115


I-Dine Rewards Network
2 North Riverside Plaza, Ste. 950
Chicago, IL 60606

Irene Bahr
1751 S. Naperville Rd., Ste. 309
Wheaton, IL 60187-8196


J&D Judge & Dolph, Ltd.
PO Box 809180
Chicago, IL 60680-8042


James Rich


James Rich


James Rich


James Rich


James Rich


James Rich


James Rich


James Rich


James Rich


James Rich


James Rich


James Rich

James Rich


Jerome A. Rich
7 S 771 Dugan Road
Sugar Grove, IL 60554


L&C Hall


MBNA America
PO Box 15137
Wilmington, DE 19886-5137


MBNA America
PO box 15137
Wilmington, DE 19886-5137


Merchant e-Solutions
920 N. Argonne Road, Ste. 200
Spokane, WA 99212


Neiman Marcus
PO box 729080
Dallas, TX 75372-9080


Nextmedia
1884 Plain Ave.
Aurora, IL 60504


Nicolet Water Co.
PO Box 552
Des Plaines, IL 60018-0552


Northern Trust
4 N. Washington St.
Hinsdale, IL 60521


Oberweis Dairy
351 Ice Cream Dr.
Sweet One
North Aurora, IL 60542

On The Mark Carslar


Practical Env. Consultants
919 N. Plum Grove Rd., Ste. E
Schaumburg, IL 60173


Puritan
820 Sibley Memorial Hwy
Saint Paul, MN 55118


SBC
Bill Payment Center
Chicago, IL 60663


Southern Wine & Spirits of IL
135 S. LaSalle, Dept. 2971
Chicago, IL 60674-2971


Suburban Nite Life
PO Box 428
West Chicago, IL 60186-0428


Supreme Lobster
220 E. North Ave.
Villa Park, IL 60181-1221


Sysco
250 Wieboldt Dr.
Des Plaines, IL 60016


Terminx
655 W. Grand Ave., #150
Elmhurst, IL 60126


The Plitt Co.
Dept. 20-1108
PO Box 5940
Carol Stream, IL 60197-5940


Thyssenkrupp Elevator
2305 Enterprise Dr.
Westchester, IL 60154

Tim Dwyer
240 West River Drive
Saint Charles, IL 60174


Top Source


Trico Mechanical
1980 Rt. 30, Suite 11
Sugar Grove, IL 60554


Turano Baking Co.
6501 W. Roosevelt Rd.
Berwyn, IL 60402


Union Liquors
2600 W. 35th St.
Chicago, IL 60632


US Food Service
1829 Solutions Center
Chicago, IL 60677-1008


Village of Sugar Grove
10 Municipal Dr.
Sugar Grove, IL 60554


VIP
890 Tollgate Rd.
Elgin, IL 60123


Walter O'Brien
1900 Spring Road, Ste. 501
Oak Brook, IL 60523


Waste Management
2421 West Peoria Ave., Ste. 210
Phoenix, AZ 85029


Water Specialties Group
245 William St.
Bensenville, IL 60106