## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JIM RICH ENTERPRISES, INC. | ) | |
| | ) | CASE NO. 05-64170 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

### PROPOSED DISTRIBUTION REPORT

I, <u>JOSEPH R. VOILAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 18,076.00 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 0.00 |
| Interest on General Unsecured Claims: | $ | 15,081.74 |
| Surplus to Debtor: | $ | 63,383.69 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 96,541.43 |

**EXHIBIT D**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $18,076.00 | 100% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | JOSEPH R. VOILAND (TRUSTEE'S COMPENSATION) | 17,991.25 | 17,991.25 |
| | JOSEPH R. VOILAND (TRUSTEE'S EXPENSES) | 84.75 | 84.75 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $16,532.59 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | Michael J. Davis | 14,335.00 | 0.00 |
| | Michael J. Davis | 197.59 | 0.00 |
| 7 | Office of the U.S. Trustee (ADMINISTRATIVE) | 1,250.00 | 0.00 |
| 14 | Office of the U.S. Trustee | 750.00 | 0.00 |

**EXHIBIT D**

(ADMINISTRATIVE)

These claims were paid in full from distribution previously made by the Trustee herein.

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $100.00 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 9 | Department of the Treasury-Internal Revenue | 100.00 | 0.00 |

**EXHIBIT D**

Service

This claim was paid in full from distribution previously made by the Trustee herein.

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $214,701.71 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | Donald Egan | 1,882.00 | 0.00 |
| 2 | VIP | 6,100.00 | 0.00 |
| 3 | Walter O'Brien | 10,198.30 | 0.00 |
| 4 | Tim Dwyer | 11,353.50 | 0.00 |
| 5 | Forrest L. Ingram, P.C. | 114,258.58 | 0.00 |
| 6 | Waste Management | 578.57 | 0.00 |
| 8 | ComEd | 10,485.18 | 0.00 |
| 13 | Beacon News | 15,563.50 | 0.00 |
| 15 | Sysco | 11,782.08 | 0.00 |
| 16 | GEC Consultants, Inc. | 32,500.00 | 0.00 |

These claims were paid in full from distribution previously made by the Trustee herein.

| 14. | TYPE OF CLAIMS | TOTAL | FINAL |
|---|---|---|---|

**EXHIBIT D**

|  |  | AMOUNT OF CLAIMS | DIVIDEND % |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $15,081.74 | 100% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1I | Donald Egan | 132.14 | 132.14 |
| 2I | VIP | 428.30 | 428.30 |

**EXHIBIT D**

| | | | |
|---|---|---|---|
| 3I | Walter O'Brien | 716.05 | 716.05 |
| 4I | Tim Dwyer | 797.16 | 797.16 |
| 5I | Forrest L. Ingram, P.C. | 8,022.36 | 8,022.36 |
| 6I | Waste Management | 40.62 | 40.62 |
| 8I | ComEd | 736.19 | 736.19 |
| 9I | Department of the Treasury-Internal Revenue Service | 7.02 | 7.02 |
| 13I | Beacon News | 1,092.75 | 1,092.75 |
| 15I | Sysco | 827.25 | 827.25 |
| 16I | GEC Consultants, Inc. | 2,281.90 | 2,281.90 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $63,383.69 | 100% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| SURPLUS | JIM RICH ENTERPRISES, INC. | 63,383.69 | 63,383.69 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 10 | Sysco 250 Wieboldt Dr. Des Plaines, IL  60016 | $12,620.05 | Withdrawn |
| Unsecured | 11 | Sysco | $12,620.05 | Withdrawn |

**EXHIBIT D**

|            |    | 250 Wieboldt Dr.<br>Des Plaines, IL  60016 |              |           |
|------------|----|--------------------------------------------|--------------|-----------|
| Unsecured  | 12 | Donald Egan<br>273 Stonegate Road<br>Clarendon Hills, IL  60514 | $1,882.00 | Withdrawn |
| Unsecured  | 17 | Rich Harvest Farms, Co.<br>P.O. 610<br>Sugar Grove, IL  60544 | $307,337.00 | Withdrawn |
| Unsecured  | 18 | Rich Harvest Farms, Co.<br>P.O. 610<br>Sugar Grove, IL  60544 | $307,337.00 | Withdrawn |
| Unsecured  | 19 | Jerome A. Rich<br>P.O. Box 610<br>Sugar Grove, IL  60554 | $2,899,205.09 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


Dated:  _____        _____

                                                                    JOSEPH R. VOILAND, Trustee


**EXHIBIT D**