**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JIM RICH ENTERPRISES, INC. | ) | |
| | ) | CASE NO. 05-64170 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

        At:   U.S. BANKRUPTCY COURT
               219 S. Dearborn, Courtroom 644
               Chicago, IL  60604

        on:   **March 11, 2008**
        at:    **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

    a. Receipts                                                               $           363,208.64

    b. Disbursements                                                   $           266,667.21

    c. Net Cash Available for Distribution               $             96,541.43

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND<br>Trustee | $ | $ 17,991.25 | $ |
| JOSEPH R. VOILAND<br>Trustee | $ | $ | $ 84.75 |
| JOSEPH R. VOILAND<br>Trustee's Attorney | $ 0.00 | $ 0.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $100.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

6. Claims of general unsecured creditors totaling $214,701.71, have been allowed and have been paid in full. Interest will be paid on said claims as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1I | Donald Egan | 132.14 | $132.14 |
| 2I | VIP | $428.30 | $428.30 |
| 3I | Walter O'Brien | $716.05 | $716.05 |
| 4I | Tim Dwyer | $797.16 | $797.16 |
| 5I | Forrest L. Ingram, P.C. | $8,022.36 | $8,022.36 |
| 6I | Waste Management | $40.62 | $40.62 |
| 8I | ComEd | $736.19 | $736.19 |
| 9I | Department of the Treasury-Internal Revenue Service | $7.02 | $7.02 |
| 13I | Beacon News | $1,092.75 | $1,092.75 |
| 15I | Sysco | $827.25 | $827.25 |
| 16I | GEC Consulutants, Inc. | $2,281.90 | $2,281.90 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Trademarks – Unknown; Advertising Bus and Delivery Cart - $30,000.00; Potential Claim Against Sugar Grove – Unknown; Potential Claim Against Northern Trust – Unknown.

    The Trustee seeks abandonment of said assets because said assets are of inconsequential Value to Debtor's Estate.

Dated: **February 7, 2008**          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 05-64170  Doc 77  Filed 02/07/08  Entered 02/09/08 23:36:37  Desc Imaged
                       Certificate of Service  Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                  Date Rcvd: Feb 07, 2008
Case: 05-64170                Form ID: pdf002              Total Served: 75

The following entities were served by first class mail on Feb 09, 2008.
db           +Jim Rich Enterprises, Inc.,    PO Box 29,    Dekalb, IL 60115-0029
aty          +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
10546306      Ahern Co.,    855 Morris St.,    PO Box 1316,    Fond Du Lac, WI 54936-1316
10546307     +Alarm Detection,    1111 Church Road,    Aurora, IL 60505-1905
10546308      American Express,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10546309      American Express,    P.O. 360002,    Ft. Lauderdale, FL 33336-0002
10546311      Aramark,    PO Box 7177,    Rockford, IL 61126-7177
10546313     +Aurora Convention Center,    44 S. Downer Place,    Aurora, IL 60506-5135
10593245      BMG Music Service,    c/o Sko Brenner American,    Farmingdale NY 11735
10593244     +BMG Music Service,    c/o SKO Brenner American,    40 Daniel St,    Farmingdale, NY 11735-1304
10546314     +Beacon News,    101 S. River St.,    Aurora, IL 60506-6005
10546316      Capital One,    PO Box 60000,    Seattle, WA 98190-6000
10546317      Chase Platinum,    PO Box 52064,    Phoenix, AZ 85072-2064
10546318     +Chicago Tribune,    435 N. Michigan Ave.,    Chicago, IL 60611-4024
10546319     +Clipper Magazine,    3708 Hempland Rd.,    Mountville, PA 17554-1542
10546321     +Computer Accounting,    Larry Goldman,    6306 N. Cicero Ave.,    Chicago, IL 60646-4422
10546322     +Consolidated Repair,    1808 Beach Street,    Broadview, IL 60155-2863
10546326     +DMX,    2155 Stonington Ave., Ste. 112,    Schaumburg, IL 60169-2057
10546323     +Dave Turner Electric,    205 N. Hiawatha,    Shabbona, IL 60550-5135
10546324      Direct TV,    PO box 3060,    Agoura Hills, CA 91376-3060
10546327     +Donald Egan,    273 Stonegate Road,    Clarendon Hills, IL 60514-1041
10546328     +Ecolab,    1060 Thorndale Ave.,    Elk Grove Village, IL 60007-6747
10546329     +Elburn Herald,    123 N. Main St.,    Elburn, IL 60119-9166
10581087     +Forrest L. Ingram, P.C.,    c/o Forrest L. Ingram,    79 W. Monroe St.,    Suite 1210,
               Chicago, IL 60603-4936
10546330      GEC Consultants, Inc.,    LLoyd M. Gordon,    4606 Birchwood Ave.,    Skokie, IL 60076
10546332    ++++GRAHAM SIGN,    639 W LAKE ST,    ADDISON IL 60101-2292
             (address filed with court: Graham Sign,    19W271 Lake St.,    Addison, IL 60101)
10546331     +Get Fresh Produce,    238 Tubeway Dr.,    Carol Stream, IL 60188-2214
10546333     +Great Lakes Service,    4711 N. Lincoln Ave.,    Chicago, IL 60625-2009
10546334     +Hatcher Foods,    617 Spruce St.,    Aurora, IL 60506-3878
10546335     +Hinds Trucking,    PO Box 221,    Sugar Grove, IL 60554-0221
10546336     +Home Depot,    PO Box 8075,    Layton, UT 84041-8075
10546337     +Home Pages,    PO Box 801,    Dekalb, IL 60115-0801
10546338     +I-Dine Rewards Network,    2 North Riverside Plaza, Ste. 950,    Chicago, IL 60606-2614
10652317    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10566167     +Ingraham, Forest,    79 W Monroe St St 1210,    Chicago, IL 60603-4936
10546339      Irene Bahr,    1751 S. Naperville Rd., Ste. 309,    Wheaton, IL 60187-8196
10546340     +J&D Judge & Dolph, Ltd.,    PO Box 809180,    Chicago, IL 60680-9180
10925715     +Jerome A. Rich,    P.O. Box 610,    Sugar Grove, IL 60554-0610
10546353      Jerome A. Rich,    7 S 771 Dugan Road,    Sugar Grove, IL 60554
10546355      MBNA America,    PO Box 15137,    Wilmington, DE 19886-5137
10546357     +Merchant e-Solutions,    920 N. Argonne Road, Ste. 200,    Spokane, WA 99212-2796
10593243     +Mitchell L Goldflies MD SC,    6445 N Central,    Chicago IL 60646-2901
10546358      Neiman Marcus,    PO box 729080,    Dallas, TX 75372-9080
10546359     +Nextmedia,    1884 Plain Ave.,    Aurora, IL 60502-8560
10546360      Nicolet Water Co.,    PO Box 552,    Des Plaines, IL 60018-0552
10546361     +Northern Trust,    4 N. Washington St.,    Hinsdale, IL 60521-3465
10546362      Oberweis Dairy,    351 Ice Cream Dr.,    Sweet One,    North Aurora, IL 60542
10546364     +Practical Env. Consultants,    919 N. Plum Grove Rd., Ste. E,    Schaumburg, IL 60173-4760
10546365     +Puritan,    820 Sibley Memorial Hwy,    Saint Paul, MN 55118-1708
10925634     +Rich Harvest Farms Co.,    P.O. Box 610,    Sugar Grove, IL 60554-0610
10925652     +Rich Harvest Farms, Co.,    P.O. 610,    Sugar Grove, IL 60554-0610
10593242     +Rush Presbyterian Emergency Services Group, REC,    c/o Medical Collections Systems, Inc,
               725 S Wells St., Ste 500,    Chicago IL 60607-4516
10546366     +SBC,    Bill Payment Center,    Chicago, IL 60663-0001
10546367      Southern Wine & Spirits of IL,    135 S. LaSalle, Dept. 2971,    Chicago, IL 60674-2971
10593241     +Stroger Hospital,    c/o Linebarger, Goggan, Blair & Sampson,    Pob 06152,    Chicago IL 60606-0152
10546368      Suburban Nite Life,    PO Box 428,    West Chicago, IL 60186-0428
10546369     +Supreme Lobster,    220 E. North Ave.,    Villa Park, IL 60181-1207
10546370     +Sysco,    250 Wieboldt Dr.,    Des Plaines, IL 60016-3192
10546371     +Terminx,    655 W. Grand Ave., #150,    Elmhurst, IL 60126-1035
10546372      The Plitt Co.,    Dept. 20-1108,    PO Box 5940,    Carol Stream, IL 60197-5940
10546373     +Thyssenkrupp Elevator,    2305 Enterprise Dr.,    Westchester, IL 60154-5802
10546374     +Tim Dwyer,    240 West River Drive,    Saint Charles, IL 60174-5535
10546376     +Trico Mechanical,    1980 Rt. 30, Suite 11,    Sugar Grove, IL 60554-9518
10546377     +Turano Baking Co.,    6501 W. Roosevelt Rd.,    Berwyn, IL 60402-1100
10546379      US Food Service,    1829 Solutions Center,    Chicago, IL 60677-1008
10546378     +Union Liquors,    2600 W. 35th St.,    Chicago, IL 60632-1602
10546381     +VIP,    890 Tollgate Rd.,    Elgin, IL 60123-9300
10546380     +Village of Sugar Grove,    10 Municipal Dr.,    Sugar Grove, IL 60554-6901
10546382     +Walter O'Brien,    1900 Spring Road, Ste. 501,    Oak Brook, IL 60523-1482
10546383     +Waste Management,    2421 West Peoria Ave., Ste. 210,    Phoenix, AZ 85029-4770
10546384     +Water Specialties Group,    245 William St.,    Bensenville, IL 60106-3324
```

```
District/off: 0752-1              User: amcc7                 Page 2 of 2                    Date Rcvd: Feb 07, 2008
Case: 05-64170                    Form ID: pdf002             Total Served: 75
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Feb 08, 2008.
```
10546320     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
              2100 Swift Dr.,    Oak Brook, IL 60523-1559
10546325      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2008 03:01:26        Discover Card,    PO bxo 30395,
              Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10546312      Arrow Adjustment
10546315      Beverage Town
10546341      James Rich
10546342      James Rich
10546343      James Rich
10546344      James Rich
10546345      James Rich
10546346      James Rich
10546347      James Rich
10546348      James Rich
10546349      James Rich
10546350      James Rich
10546351      James Rich
10546352      James Rich
10546354      L&C Hall
10608469      Office of the U.S. Trustee
10546363      On The Mark Carslar
10546375      Top Source
10546310*     American Express,    PO Box 360002,   Ft. Lauderdale, FL 33336-0002
10546356*     MBNA America,    PO box 15137,   Wilmington, DE 19886-5137
                                                                                    TOTALS: 18, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2008**                    **Signature:**    _Joseph Speetjens_