IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | \| | CHAPTER 7 CASE |
| JIM RICH ENTERPRISES, INC. | \| | |
| | \| | CASE NO. 05-64170 |
| | \| | |
| | \| | HONORABLE PAMELA HOLLIS |
| Debtor(s) | \| | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____          _____
DATE                                                          UNITED STATES BANKRUPTCY JUDGE